CAUSE NO. CV40921

FILED
2015 FEB -3 AM 11: 32
CHERYL FULCHER
HOPKINS DISTRICT CLERK

| KRISTA DILLON | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | OF HOPKINS COUNTY |
| | § | |
| DENNIS RAYNER AND | § | |
| JOE TEX XPRESS, INC. | § | 62ND JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1(a), Defendants Dennis Rayner and Joe Tex Xpress, Inc. seek to appeal the Judgment signed on November 6, 2014, by the Honorable Will Baird, in Cause No. CV40921, *Krista Dillon v. Dennis Rayner and Joe Tex Xpress, Inc.*, in 62nd District Court, Hopkins County, Texas, to the Sixth Court of Appeals in Texarkana, Texas.

Respectfully submitted,

FEE, SMITH, SHARP & VITULLO, L.L.P.

BRYAN P. REESE
State Bar No. 00789791
JENNIFER M. LEE
State Bar No. 24049084
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
972/934-9100
972/934-9200 facsimile

ATTORNEYS FOR DEFENDANTS
JOE TEX XPRESS, INC.
AND DENNIS RAYNER

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for New Trial has been forwarded to all counsel of record on this the 2nd day of February, 2015, pursuant to the Texas Rules of Civil Procedure, and in the following manner:

Brent Goudarzi  *Via facsimile 903/843-2026*
Goudarzi & Young, L.L.P.
P.O. Drawer 910
Gilmer, Texas 75644

_____
BRYAN P. REESE

2

February 3, 2015

# NOTICE OF APPEAL-CIVIL FORM

## CAUSE NO. CV40921

KRISTA DILLON

VS.
DENNIS RAYNER AND
JOE TEX XPRESS, INC.

IN THE DISTRICT COURT

HOPKINS COUNTY, TEXAS

62ND JUDICIAL DISTRICT

*******************************************************************************

DATE NOTICE OF APPEAL FILED: February 03, 2015

ACCELERATED APPEAL: NO          RESTRICTED APPEAL: NO

DATE OF JUDGMENT: NOVEMBER 6, 2014

DATE OF MOTION FOR NEW TRIAL, IF FILED: November 25, 2014

NAME OF TRIAL COURT JUDGE: Honorable Will Biard

NAME OF COURT REPORTER: Anna UpChurch

OTHER PARTIES:

| | |
|---|---|
| NAME: BRYAN P. REESE | NAME: |
| ATTORNEY: 00789791 | ATTORNEY: |
| ADDRESS: THREE GALLERIA TOWER | ADDRESS: |
| 13155 NOEL ROAD, SUITE 1000, | |
| DALLAS, TEXAS 75240 | |
| PHONE:(972) 934-9100 | PHONE: |

| | |
|---|---|
| NAME: BRENT GOUDARZI | NAME: |
| ATTORNEY: 00798218 | ATTORNEY |
| ADDRESS: PO DRAWER 910, | |
| GILMER, TEXAS 75644 | ADDRESS: |
| PHONE: (903) 843-2544 | PHONE: |

| | |
|---|---|
| NAME: | NAME: |
| ATTORNEY: | ATTORNEY: |
| ADDRESS: | ADDRESS: |
| PHONE: | PHONE: |

CHERYL FULCHER-DISTRICT CLERK, HOPKINS COUNTY, P.O. BOX 391, SULPHUR SPRINGS, TX 75483

_____ Deputy Clerk,

3